

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Lakendrick Deontae Rugley, Appellant

No. 06-21-00109-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 51584-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's nunc pro tunc judgment adjudicating guilt and the bill of costs by deleting the assessment of $1,003.00 in attorney fees. As modified, the nunc pro tunc judgment of the trial court is affirmed.

We note that the appellant, Lakendrick Deontae Rugley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 5, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk